FILED

2011 MAR 21  PM 3:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____alf_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD STRUYK, an individual on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC. fka CINGULAR WIRELESS,<br><br>        Defendant. | Case No. 07-CV-1314 BEN (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO GLOBAL SETTLEMENT AGREEMENT**<br><br>[Doc. # 76] |

    Plaintiff Todd Struyk and Defendant AT&T Services, Inc., jointly move the Court to dismiss this putative class action lawsuit with prejudice, citing a global settlement of the claims between these parties in an earlier-filed case, *Faigman v. AT&T Mobility,* No. 06-CV-4622 (N.D. Cal. filed Jul. 28, 2006) (Patel, J.).

    *Faigman's* progress bears directly on these proceedings. On May 11, 2010, the Court extended an existing stay in this case to permit the parties to complete global settlement negotiations in *Faigman*. On February 16, 2011, Judge Marilyn Hall Patel approved that settlement, finding its terms "fair, reasonable and adequate." (Mem. & Order of February 16, 2011, *Faigman,* No. 06-CV-4622.) Final judgment, there, was entered on February 24, 2011.

1  According to the instant Joint Motion to Dismiss, the *Faigman* settlement not only resolves
2  the claims in this action but also requires the parties to dismiss this suit with prejudice.
3  Because good cause appears to support the Joint Motion to Dismiss, the Joint Motion is
4  hereby **GRANTED**. This action is hereby dismissed with prejudice. With regard to this case,
5  each party is to bear its own costs.
6  **IT IS SO ORDERED.**
7
8  Dated: March 21, 2011
9  THE HONORABLE ROGER T. BENITEZ
   UNITED STATES DISTRICT JUDGE